UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:11-cr-10-RLY-WGH-01 |
| JERROLD FUQUA, | ) ) | |
| Defendant. | ) ) | |

**ENTRY**

This matter is before the court on a letter from Defendant, Jerrold Fuqua, dated October 29, 2012.  (Docket No. 58).

Defendant's request for documents is **GRANTED in part** and **DENIED in part.**  The Clerk of Court shall send to the Defendant a copy of the docket sheet, the Information (Docket No. 1), the Motion for Preliminary Order of Forfeiture (Docket No. 36), and the Preliminary Order of Forfeiture (Docket No. 37).

Defendant's request for transcripts is **DENIED.**  The transcripts do not presently exist (because the prosecution ended with a submission and acceptance of a guilty plea from which no appeal was taken) and will not be produced at public expense based upon the Defendant's mere request.  *See U.S. v. Estupinan-Paredes*, 967 F.Supp. 39 (D.P.R. 1997).

- 2 -

Likewise, the copies of the Plea Agreements of Co-Defendants Allen and Ranes will not be produced absent a more specific showing of need.

**SO ORDERED.**

Entered:  December 12, 2012

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

Matthew P. Brookman
UNITED STATES ATTORNEY'S OFFICE - EV
Matthew.Brookman@usdoj.gov

Dennis Brinkmeyer
kkempf@wowway.com

**Mail copy to:**

Jerrold Fuqua, #09999-028
FCI Elkton
Federal Correctional Institution
P.O. Box 10
Lisbon, OH  44432